■ In the Matter of MARION MILLER et al., Appellants, v. ISAIAH LEWIS et al., Respondents.— In a proceeding to invalidate petitions *inter alia* designating respondent Isaiah Lewis as a candidate in the Republican Party Primary Election to be held on June 20, 1972 for the public office of Member of the Assembly for the 53rd Assembly District and designating respondents George I. Washington and Olga E. Fraser for the party office of Member of the State Committee (male and female, respectively) for said Assembly District, the appeal is from a judgment of the Supreme Court, Kings County, entered June 14, 1972, which, *inter alia*, dismissed the proceeding. Judgment affirmed, without costs. No opinion. Rabin, P. J., Hopkins, Munder, Latham and Shapiro, JJ., concur.

■ In the Matter of BERNARD BURNS et al., Respondents, v. GUMERSINDO MARTINEZ et al., Constituting the Board of Elections of the City of New York, Respondents, and WILLIAM T. BOONE, Appellant.— In a proceeding to validate petitions *inter alia* designating respondent Bernard Burns as a candidate in the Democratic Party Primary Election to be held on June 20, 1972 for the public office of Member of the Assembly for the 56th Assembly District and also designating said respondent and respondent Luz Patria Vega as candidates in said election for the party office of State Committeeman (male and female) for said Assembly District, the appeal is from a judgment of the Supreme Court, Kings County, entered June 14, 1972, which granted the application. Judgment affirmed, without costs. No opinion. Rabin, P. J., Munder, Latham, Shapiro and Gulotta, JJ., concur.

■ In the Matter of ALFRED J. GUIDA et al., Respondents, v. FRANK INGRASSIA et al., Appellants, et al., Respondents.— In a proceeding to invalidate petitions *inter alia* designating appellant Frank Ingrassia as a candidate in the Republican Party Primary Election to be held on June 20, 1972 for the public office of Member of the Assembly for the 47th Assembly District and also designating appellants Alfred Sedano and Theresa A. Fanelli as candidates in said election for the party position of State Committeeman (male and female) for said Assembly District, the appeal is from a judgment of the Supreme Court, Kings County, dated June 14, 1972, which granted the application. Judgment affirmed, without costs. No opinion. Rabin, P. J., Munder, Latham, Shapiro and Gulotta, JJ., concur.